IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH E. RHUE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the request of the probation office to amend the judgment including sentence under the sentencing reform act filed February 8, 1994.  The request will be granted.  Accordingly,

IT IS ORDERED that the judgment including sentence under the sentencing reform act is amended to read that the defendant shall pay restitution in the amount of $33,524 to the clerk of the court in accordance with a payment schedule directed by the U.S. Probation Office.  The restitution shall not bear interest as long as the defendant complies with the payment schedule.

DATED this 3rd day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court