IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR155 |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH E. RHUE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion
for dismissal of the petition for offender under supervision
(Filing No. 107).  The Court notes defendant is deceased.
Accordingly,

IT IS ORDERED that plaintiff's motion is granted.  The
petition for offender under supervision is dismissed as it
relates to the defendant, Keith E. Rhue.

DATED this 15th day of June, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court